IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BRIDGET FOREMAN, as Special
Administrator of the Estate of Joseph Smith, Sr. PLAINTIFF

v. Case No. 1:26-cv-1036

CITY OF NORTH LITTLE
ROCK, ARKANSAS, *et al.* DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12. Judge Singleton recommended that Defendants' Motion to Transfer Venue (ECF No. 7) be granted and that this case be transferred to the Eastern District of Arkansas pursuant to 28 U.S.C. § 1404(a). Judge Singleton reasoned that considerations of convenience and the interests of justice support the requested transfer. Plaintiff has not objected to the R&R, and the time to do so has passed.[1] See 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the R&R (ECF No. 12) in its entirety. Accordingly, Defendants' Motion to Transfer Venue (ECF No. 7) is **GRANTED**. The Clerk is hereby directed to immediately **TRANSFER** this case to the Eastern District of Arkansas pursuant to 28 U.S.C. § 1404(a).

**IT IS SO ORDERED**, this 18th day of September, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge

[1] Plaintiff also declined to file any response to Defendants' motion to transfer venue.